UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DANIEL CASTILLO-ANTONIO, Plaintiff, v. BONFARE MARKETS, INC., et al., Defendants. | Case No. 19-cv-02092-SK  **CONDITIONAL DISMISSAL**  Regarding Docket No. 11 |

The parties advise the Court that they have reached a tentative settlement of this case and expect to file a dismissal with prejudice no later than December 31, 2019. Therefore, **IT IS HEREBY ORDERED** that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this Court, by December 31, 2019, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial. If no certification is filed, after passage of December 31, 2019, the dismissal shall be **with** prejudice.

**IT IS SO ORDERED**.

Dated: August 23, 2019

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge